## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SELINA CRITELLI, | : |
| Plaintiff, | : Civil Action No. 05-5877 (SRC) |
| v. | : |
| CULTURE CLUB of NYC, INC. et al., | : **ORDER** |
| Defendants. | : |

**CHESLER, U.S.D.J.**

     This matter comes before this Court following: 1) the motion for default judgment, filed by Plaintiff Selina Critelli; and 2) the Report and Recommendation ("R&R") filed on December 7, 2010 by Magistrate Judge Shipp, pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2).  On June 30, 2010, Plaintiff filed the motion for default judgment against Defendant Culture Club of NYC, Inc.  The matter was referred to Magistrate Judge Shipp for a proof hearing.  Magistrate Judge Shipp conducted the proof hearing, and issued his decision in the R&R.  The R&R recommends that the motion for default judgment be granted, and that Plaintiff be awarded $47,545.48.  The time for filing objections to the R&R has expired, and no objections were submitted.

     A magistrate judge's recommended disposition of a dispositive matter is subject to <u>de novo</u> review.  <u>In re U.S. Healthcare</u>, 159 F.3d 142, 145-46 (3d Cir. 1998); <u>see also</u> FED. R. CIV. P. 72(b).  This Court has reviewed the R&R under the appropriate <u>de novo</u> standard, and

agrees with Magistrate Judge Shipp's analysis and conclusion. Magistrate Judge Shipp's R&R (Docket Entry No. 84) is adopted as the Opinion of the Court, and Plaintiff's motion for default judgment (Docket Entry No. 71) is **GRANTED.** Damages of $47,545.48 are awarded to Plaintiff.

        s/ Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.

Dated: December 22, 2010